**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 8, 2023**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00544-CV

---

## CRISTINA NEWALL KALLOP, A/K/A MARIA CRISTINA NEWALL VASQUEZ DE VELASCO, Appellants

### V.

## OFFSHORE EXPLORATION AND PRODUCTION, LLC, Appellees

---

**On Appeal from the Probate Court No. 4
Harris County, Texas
Trial Court Cause No. 475,050-402**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed September 9, 2021. On July 26, 2023, appellants filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The appeal is reinstated, and the motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant